No. 1292. DAVIS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1305. GOOCH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert B. Thompson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 1312. ACTON ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jay Dushof* for petitioners. *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Jacques B. Gelin* for the United States.

No. 1313. FRECCIA, AKA BANKS, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1315. GRIFFITH ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Louis R. Baker* for petitioners.

No. 1317. POMONA VALLEY CENTER, INC., ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Louis R. Baker* for petitioners.

No. 1321. POMONA VALLEY CENTER, INC., ET AL. *v.* COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Louis R. Baker* for petitioners.

No. 1330. CLARK, ADMINISTRATOR *v.* ATER ET AL. Sup. Ct. App. W. Va. Certiorari denied. *Harry Alan Sherman* for petitioner.